Hand-Delivered

FILED
CHARLOTTE, NC

JAN 31 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Carroll Murray,
Trial Pro-Se
8728 Hazelcroft Ln
Charlotte, North Carolina 28269
Murraycarrllc@gmail.com
Direct 470-830-8999

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| Carroll Murray, | ) | Case No. 3:25-CV-68-MOC |
| | ) | |
| Plaintiff | ) | COMPLAINT |
| | ) | |
| v | ) | 15 U.S.C. § 1681 et seq. |
| | ) | |
| EQUIFAX INFORMATION SERVICE LLC, | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant | ) | |

**COMPLAINT - Page 1-4**

Carroll Murray
Pro-Se Litigant
8728 Hazelcroft Ln
Charlotte, North Carolina 28269

**COMPLAINT FOR VIOLATION OF THE FAIR CREDIT REPORTING ACT**

**JURY TRIAL DEMANDED**

**INTRODUCTION**

1. This is an action for damages and declaratory relief arising out of the Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA").

**JURISDICTION AND VENUE**

2. Jurisdiction is proper in this Court under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the Defendant conducts business here and because a substantial part of the events or omissions giving rise to the claim occurred in this district.

**PARTIES**

4. Plaintiff, Carroll Murray, is a resident of Charlotte, North Carolina and is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

5. Defendant, Equifax Information Services LLC, is a corporation organized under the laws of Georgia, and is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f)

**FACTUAL ALLEGATIONS**

6. On or about May 30, of 2023 thru June 12, 2024 Plaintiff obtained a copy of his credit report from Equifax.

7. The credit report contained inaccurate information, including the middle initial, addresses, employment and dates of accounts being open. plaintiffs disputed the false derogatory information that Equifax had and continued to report on consumers credit reports.

8. Plaintiff disputed the accuracy of the information on or about June 12, 2024 thru October 11, 2024

9. Defendant failed to conduct a reasonable investigation of the disputed information as required by 15 U.S.C. § 1681i.

10. Defendant continued to report the inaccurate information on Plaintiff's credit report, which caused Plaintiff to suffer damages, including but not limited to loss of credit opportunities, emotional distress, and financial harm.

## **COUNT I: VIOLATION OF THE FAIR CREDIT REPORTING ACT**

11. Plaintiff incorporates by reference all preceding paragraphs

12. Defendant From May 30, 2023 thru October 11, 2024, Equifax willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681i and 15 U.S.C. § 1681e(b) by failing to follow reasonable procedures to assure maximum possible accuracy of the information in plaintiffs' credit reports, and failed to comply with its reinvestigation responsibilities found at 15 U.S.C. § 1681i.

13. As a result of Defendant's violations, Plaintiff is entitled to statutory damages, actual damages, and punitive damages under 15 U.S.C. § 1681n.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award Plaintiff statutory damages as provided under 15 U.S.C. § 1681n;
b. Award Plaintiff actual damages;
c. Award Plaintiff punitive damages;
d. Award Plaintiff reasonable attorney's fees and costs of this action pursuant to 15 U.S.C. § 1681n;
e. Grant such other and further relief as the Court deems just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

DATED: JANUARY 22, 2025

RESPECTFULLY FILED,

*s/ Carroll Murray*
s/ Carroll Murray
Pro-Se Litigant
8728 Hazelcroft Ln.
Charlotte, North Carolina 28269